UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DERIK L MAPLES,

          Petitioner,

   v.

MARGARET GILBERT,

          Respondent.

CASE NO. 3:16-CV-05209-RJB-JRC

ORDER TO SHOW CAUSE

This case has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.

Petitioner Derik L. Maples filed a proposed 2254 habeas petition and an application to proceed *in forma pauperis* ("IFP"). Dkts. 1, 4. Petitioner's IFP application indicates that he has $314.64 in a savings account. Dkt. 4. Because it appears that petitioner may have funds sufficient to pay the $5.00 filing fee, he should do so or provide the Court with an explanation of why he cannot.

Accordingly, petitioner is ordered to show cause why his IFP application should not be denied on or before May 27, 2016. In the alternative, petitioner may pay the $5.00 filing fee

ORDER TO SHOW CAUSE - 1

1 before that date. Failure to show cause or pay the amount shall be deemed a failure to properly

2 prosecute this matter and the Court will recommend dismissal of this matter.

3     Dated this 26th day of April, 2016.

J. Richard Creatura
United States Magistrate Judge