1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERIK L MAPLES,<br><br>                Petitioner,<br><br>   v.<br><br>MARGARET GILBERT,<br><br>               Respondent. | CASE NO. C16-5209 RJB-JRC<br><br>ORDER ON MOTION FOR EXTENSION |

On April 21, 2016, Petitioner Derik Maples filed his application to proceed *in forma pauperis (*IFP*)*. Dkt. 4. On April 26, 2016, the Court ordered petitioner to show cause why his IFP application should not be denied or in the alternative, that petitioner may pay the $5.00 filing fee before May 27, 2016. Dkt.6. On May 26, 2016, petitioner filed a motion for extension. Dkt. 7. Petitioner requests an extension from May 27, 2016 to June 27, 2016 to pay the filing fee. *Id.* Petitioner does not state why he needs additional time to pay, rather his declaration states he

ORDER ON MOTION FOR EXTENSION - 1

1    needs an extension to prepare pleadings due to limited library time and knowledge of the law.[1]

2    *Id.*

3        The Court grants petitioner's motion for extension to pay the $5.00 filing fee. Petitioner

4    shall pay the $5.00 filing fee on or before June 27, 2016.

5        Petitioner may wish to speak to his institutional counselor on how to submit a payment

6    from his institutional savings account at Washington State Penitentiary. Petitioner is advised that

7    he may submit his filing fee via mail to:

8        Clerk, U.S. District Court
           1717 Pacific Ave, Room 3100
9        Tacoma, WA 98402

10        In the alternative, petitioner may call the Tacoma courthouse at 253.882.3800 to submit

11    payment. The Clerk of Court accepts credit card payments, money orders, and personal checks.

12        Dated this 9th day of June, 2016.

                                        */s/ J. Richard Creatura*

                                        J. Richard Creatura
                                        United States Magistrate Judge

---

[1] It appears that petitioner may have used the wrong legal form for his fee request.

ORDER ON MOTION FOR EXTENSION - 2