UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERIK L MAPLES,<br><br>                    Petitioner,<br><br>    v.<br><br>MARGARET GILBERT,<br><br>                    Respondent. | CASE NO. C16-5209 RJB-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED: JULY 29, 2016 |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura.  The Court's authority for referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.  Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*.  On June 15, 2016, petitioner paid the $5.00 filing fee.  Petitioner's application to proceed *in forma pauperis* (Dkt. 4) is therefore MOOT.

The Court recommends that petitioner's application to proceed *in forma pauperis* (Dkt. 4) be **DENIED** as **MOOT**.

REPORT AND RECOMMENDATION- 1

1  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
2  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
3  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
4  review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
5  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on **July**
6  **29, 2016** as noted in the caption.

7  Dated this 6th day of July, 2016.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2