UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERIK L. MAPLES,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET GILBERT,<br><br>    Defendants. | CASE NO. 16-cv-05209 RJB JRC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation (Dkt. 11).

(2) Petitioner's application to proceed *in forma pauperis* (Dkt. 4) be **DENIED** as **MOOT**.

**DATED** this 1st day of August, 2016.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1