UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERIK L. MAPLES,<br><br>             Petitioner,<br><br>   v.<br><br>MARGARET GILBERT,<br><br>             Respondent. | CASE NO. 16-cv-5209 RJB-JRC<br><br>ORDER ON REPORT AND RECOMMENDATION |

     This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura. Dkt. 24. The Court has considered the Report and Recommendation and the remaining record.

     Petitioner challenges his state court conviction, for second-degree felony murder and first degree assault both while armed with a firearm, and sentence, totaling 456 months, pursuant to 28 U.S.C. §2254. Dkt. 1. On January 31, 2017, the Report and Recommendation was filed, recommending that Petitioner's grounds for relief 1, 2, 3, and 4 be denied on the merits; and ground five be dismissed as unexhausted and procedurally barred. Dkt. 24. In the alternative,

1  the Report and Recommendation recommends that ground five be denied on the merits. *Id.* The

2  Report and Recommendation recommends that a certificate of appealability not issue. *Id.*

3  **Petition**. The Report and Recommendation's recommendation that grounds for relief 1,

4  2, 3, and 4 be denied on the merits should be adopted. The Report and Recommendation's

5  recommendations that ground five be dismissed as unexhausted and procedurally barred, as well

6  as denied on the merits should also be adopted.

7  **Certificate of Appealability**. The district court should grant an application for a

8  Certificate of Appealability only if the petitioner makes a "substantial showing of the denial of a

9  constitutional right." 28 U.S.C. § 2253(c)(3). To obtain a Certificate of Appealability under 28

10 U.S.C. § 2253(c), a *habeas* petitioner must make a showing that reasonable jurists could disagree

11 with the district court's resolution of his or her constitutional claims or that jurists could agree

12 the issues presented were adequate to deserve encouragement to proceed further. *Slack v.*

13 *McDaniel*, 529 U.S. 473, 483–485 (2000) (*quoting Barefoot v. Estelle*, 463 U.S. 880, 893 n.4

14 (1983)).

15 A certificate of appealability should issue here. In this case, while it is questionable that

16 Petitioner has made a "substantial showing of the denial of a constitutional right," 28 U.S.C.

17 § 2253(c)(3), his sentence is for 38 years. Jurists could agree that the issues presented were

18 adequate to deserve encouragement to proceed further. *Slack,* at 483-485. The Report and

19 Recommendation's recommendation that a certificate of appealability should not issue here (Dkt.

20 22) should not be adopted.

21 Accordingly, it is **ORDERED** that:

22 The Report and Recommendation (Dkt. 24) **IS ADOPTED** in all respects except for the

23 recommendation that a certificate of appealability should not issue:

24

ORDER ON REPORT AND
RECOMMENDATION- 2

(1) Petitioner's grounds for relief **ARE DENIED** on the merits;

(2) Further, Petitioner's ground five **IS DISMISSED** as unexhausted and procedurally barred; and

(3) A certificate of appealability **IS ISSUED**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge J. Ricard Creatura, all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 2nd day of March, 2017.

*[signature]*

ROBERT J. BRYAN
United States District Judge