UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERIK L. MAPLES, | CASE NO. 16-5209 RJB JRC |
| Petitioner, | MINUTE ORDER |
| v. | |
| MARGARET GILBERT, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On March 15, 2017, Petitioner filed a Notice of Appeal, Notice of Change of Address, and Motion to Substitute Name of Respondent. Dkt. 28. Petitioner has been transferred to a different facility and now moves to substitute the superintendent of his new facility for Superintendent Gilbert. *Id.* Pursuant to Federal Rule of Appellate Procedure 43, a motion to substitute a party should be filed with the "circuit clerk." Accordingly, Petitioner's Motion to Substitute Name of Respondent should be transferred to the Ninth Circuit Court of Appeals.

Dated this 4th day of April, 2017.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1